# EXHIBIT K

## Guaranteed Obligations: Thompson SA

**Key Dates:**

| | |
|---|---|
| Default Notice: 11/24/2025 | (start of Default Interest) |
| Acceleration: 12/16/2025 | (start of Interest and Default Interest Accruals) |
| Foreclosure: 3/3/2026 | |
| 2025 Property Tax Demand: 1/29/2026 | (start of Property Tax Default Interest) |

***(1) Interest, Default Interest & Fees***

| Description | Start Date | End Date | Days | UPB + Accrued | Default Rate | Interest Rate | Total Rate | Current Interest | Default Interest | Total Interest | Servicing Fee | Late Fee % | Late Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October Full Month | 10/9/2025 | 11/8/2025 | 31 | 41,221,263.62 | | 10.85% | 10.85% | 385,132.56 | - | 385,132.56 | 3,500.00 | 5.0% | 19,431.63 |
| November Partial Month (until Default Notice) | 11/9/2025 | 11/23/2025 | 15 | 41,221,263.62 | | 10.85% | 10.85% | 186,354.46 | - | 186,354.46 | 3,500.00 | 5.0% | 9,492.72 |
| Default Notice Date | 11/24/2025 | 12/8/2025 | 15 | 41,221,263.62 | 5.0% | 10.85% | 15.85% | 186,354.46 | 85,877.63 | 272,232.10 | | 5.0% | 13,611.60 |
| December Partial Month (until Acceleration) | 12/9/2025 | 12/15/2025 | 7 | 41,221,263.62 | 5.0% | 10.85% | 15.85% | 86,965.42 | 40,076.23 | 127,041.64 | 3,500.00 | 5.0% | 6,527.08 |
| Acceleration Date | 12/16/2025 | 12/18/2025 | 3 | 42,202,524.38 | 5.0% | 10.85% | 15.85% | 38,158.12 | 17,584.39 | 55,742.50 | | N/A | |
| FF&E Reserve Application | 12/19/2025 | 1/8/2026 | 21 | 41,621,219.12 | 5.0% | 10.85% | 15.85% | 263,427.63 | 121,395.22 | 384,822.86 | | N/A | |
| January Full Month | 1/9/2026 | 2/8/2026 | 31 | 42,006,041.97 | 5.0% | 10.85% | 15.85% | 392,464.78 | 180,859.35 | 573,324.13 | | N/A | |
| February Partial Month (until Foreclosure) | 2/9/2026 | 3/3/2026 | 23 | 42,579,366.11 | 5.0% | 10.85% | 15.85% | 295,157.80 | 136,017.42 | 431,175.22 | | N/A | |
| Subtotal | | | | | | | | | | 2,415,825.47 | 10,500.00 | | 49,063.04 |

| | | |
|---|---|---|
| (1) Interest, Default Interest & Fees | $2,475,388.50 | as of 3/3/2026 |
| plus: Default Interest (15.85%) | $141,681.61 | interest owed to Plaintiff from date foreclosure on 3/3/2026 through to 7/10/2026 at contractual Default Interest Rate |
| **(1) Interest, Default Interest & Fees** | **$2,617,070.11** | **Incl. Default Interest through 7/10/2026** |

***(2) 2025 Property Taxes***

| | | |
|---|---|---|
| 2025 Property Tax Bill | $1,936,379.32 | paid by Plaintiff on 6/29/2026 (proof of payment available upon request) |
| plus: Default Interest (15.85%) | $10,230.54 | interest owed to Plaintiff from date of cash payment of 2025 Property taxes on 6/29/2026 through to 7/10/2026 at contractual Default Interest Rate |
| **(2) 2025 Property Taxes** | **$1,946,609.86** | **Incl. Default Interest through 7/10/2026** |

***(3) 2026 Property Taxes***

| | | |
|---|---|---|
| Expected 2026 Property Taxes | $1,321,141.74 | based on $51,000,000 valuation from Bexar County and 2.5905% millage rate, consistent with 2025 tax year millage rate |
| Plaintiff Share (assuming 7/30/2026 Sale) | $763,728.51 | pro-rated for 211 days of 2026; tax obligation of $763,728.51 will be due to hotel buyer at property sale (expected 7/30/26) |
| **(3) 2026 Property Taxes** | **$763,728.51** | |

| | | |
|---|---|---|
| **Total Amount of Guaranteed Obligations** | **$5,327,408.48** | **there is assumed to be no available property-level revenue that can be used to reduce Guaranteed Obligations – see below** |

| **Available Cash (Lender-controlled escrow account)** | | |
|---|---|---|
| Beginning Balance | $1,913,916.37 | 1/27/2026 |
| Less: Hyatt Payroll Funding | ($244,804.04) | 1/28/2026 |
| Less: Hotel Operating Expense Disbursement | ($248,319.02) | 2/13/2026 |
| Less: Working Capital Replenishment (Hyatt) | ($350,000.00) | 4/1/2026 |
| Less: Akerman Legal Fee Installment | ($100,000.00) | 5/1/2026 |
| Less: Working Capital Replenishment (Meyer Jabara) | ($350,000.00) | 5/8/2026 |
| Less: Hyatt Operating Account Replensihment | ($250,000.00) | 5/29/2026 |
| Plus: Other Expenses, Wire Fees, Accrued Interest | $2,826.26 | |
| **Current Balance** | **$373,619.57** | **7/8/2026** |

**The Available Cash table to the left shows the drawdown of available property cashflow from 1/27/2026 to 7/8/2026. All available cash has been used to fund property operating shortfalls and other fees, save for the remaining $373,619.57 which is assumed to be expended for property-related uses prior to the sale of the property on 7/30/2026.**