**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

SOUTHERN REALTY TRUST HOLDINGS LLC, and
SUNRISE REALTY TRUST HOLDINGS I LLC,

*Plaintiffs*,

-against-

ROBERTO CASTRO CONTRERAS,

*Defendant*.

-------------------------------------------------------------------x

Civil Action No. 1:26-cv-04240-RA

## ANSWER TO COUNTERCLAIMS

Plaintiffs/Counterclaim Defendants Southern Realty Trust Holdings LLC ("SRT") and Sunrise Realty Trust Holdings I LLC ("SUNS," together with SRT, "Plaintiffs"), by their attorneys Akerman LLP, answer the Counterclaims (the "Counterclaims") filed by Defendant/Counterclaim Plaintiff Roberto Castro Contreras ("Defendant"), as follows:

## JURISDICTION AND VENUE

1. Admit the allegations contained in Paragraph 1 of the Counterclaims.

2. Paragraph 2 of the Counterclaims constitutes a legal conclusion to which no response is required. To the extent a response is required, Plaintiffs admit that venue is proper in this District.

## FACTUAL BACKGROUND

3. Admit the allegations contained in Paragraph 3 of the Counterclaims.

4. Refer the Court to the specified documents for their true and correct terms, and otherwise deny the allegations contained in Paragraph 4 of the Counterclaims.

5. Refer the Court to the specified document for its true and correct terms, and otherwise deny the allegations contained in Paragraph 5 of the Counterclaims.

6. Refer the Court to the specified document for its true and correct terms, and otherwise deny the allegations contained in Paragraph 6 of the Counterclaims.

7. Admit the allegations contained in Paragraph 7 of the Counterclaims.

8. Deny the allegations contained in Paragraph 8 of the Counterclaims, except admit that at the foreclosure sale, Plaintiffs were the sole bidder and acquired the Property pursuant to a credit bid of $40,584,215.

9. Deny the allegations contained in Paragraph 9 of the Counterclaims.

10. Admit the allegations contained in the first sentence of Paragraph 10 of the Counterclaims. Deny the allegations contained in the second sentence of Paragraph 10 of the Counterclaims.

11. Deny the allegations contained in Paragraph 11 of the Counterclaims. Plaintiffs are contemporaneously providing documents and information relevant to the calculation of the Guaranteed Obligations.

12. Deny the allegations contained in Paragraph 12 of the Counterclaims. Plaintiffs are contemporaneously providing documents and information relevant to the calculation of the Guaranteed Obligations.

13. Deny the allegations contained in Paragraph 13 of the Counterclaims. Plaintiffs are contemporaneously providing documents and information relevant to the calculation of the Guaranteed Obligations.

14. Deny the allegations contained in Paragraph 14 of the Counterclaims.

15. Deny the allegations contained in Paragraph 15 of the Counterclaims, except admit that Plaintiffs' calculation of the Guaranteed Obligations include 2026 property taxes.

**FIRST COUNTERCLAIM**
**(Breach of Contract)**

16. Plaintiffs reallege and reincorporate by reference their responses to the foregoing paragraphs as though fully set forth herein.

17. Refer the Court to the specified document for its true and correct terms, and otherwise deny the allegations contained in Paragraph 17 of the Counterclaims.

18. Paragraph 18 of the Counterclaims constitutes a legal conclusion to which no response is required. To the extent a response is required, Plaintiffs deny the allegations contained in Paragraph 18 of the Counterclaims.

19. Paragraph 19 of the Counterclaims constitutes a legal conclusion to which no response is required. To the extent a response is required, Plaintiffs deny the allegations contained in Paragraph 19 of the Counterclaims.

**SECOND COUNTERCLAIM**
**(Declaratory Judgment)**

20. Plaintiffs reallege and reincorporate by reference their responses to the foregoing paragraphs as though fully set forth herein.

21. Paragraph 21 of the Counterclaims constitutes a legal conclusion to which no response is required. To the extent a response is required, Plaintiffs deny the allegations contained in Paragraph 21 of the Counterclaims.

22. Paragraph 22 of the Counterclaims constitutes a legal conclusion to which no response is required. To the extent a response is required, Plaintiffs deny the allegations contained in Paragraph 22 of the Counterclaims

## THIRD COUNTERCLAIM
## (Accounting)

23. Plaintiffs reallege and reincorporate by reference their responses to the foregoing paragraphs as though fully set forth herein.

24. Refer the Court to the specified document for its true and correct terms, and otherwise deny the allegations contained in Paragraph 24 of the Counterclaims.

25. Deny the allegations contained in Paragraph 25 of the Counterclaims. Plaintiffs are contemporaneously providing documents and information relevant to the calculation of the Guaranteed Obligations.

26. Paragraph 26 of the Counterclaims constitutes a legal conclusion to which no response is required. To the extent a response is required, Plaintiffs deny the allegations contained in Paragraph 26 of the Counterclaims.

## PRAYER FOR RELIEF

Plaintiffs deny all allegations, requests, prayers and demands set forth in Defendant's Prayer for Relief, and deny Defendant's entitlement to all relief and damages set forth therein.

## AFFIRMATIVE DEFENSES

1. The Counterclaims fail to state a claim upon which relief can be granted.

2. The Declaratory Judgment Counterclaim is duplicative of the issues presented by Plaintiffs' claims and Defendant's other Counterclaims.

3. Defendant is not entitled to an accounting because he has an adequate remedy at law and the information sought has been made available.

4. Plaintiffs reserve the right to assert additional defenses as discovery proceeds.

Dated: New York, New York
August 21, 2026

Respectfully submitted,

**AKERMAN LLP**

By: /s/ Mark S. Lichtenstein
Mark S. Lichtenstein, Esq.
Keith Blackman, Esq.
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Tel. No.: (212) 880-3800
E-mail: mark.lichtenstein@akerman.com
E-mail: keith.blackman@akerman.com

*Attorneys for Plaintiffs Southern Realty Trust Holdings LLC and Sunrise Realty Trust Holdings I LLC*