UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUTHERN REALTY TRUST HOLDINGS LLC, and SUNRISE REALTY TRUST HOLDINGS I LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERTO CASTRO CONTRERAS,<br><br>Defendant. | 26-CV-4240 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the post-fact discovery conference scheduled for November 13, 2026, is adjourned to November 20, 2026, at 4:00 p.m.

SO ORDERED.

Dated: November 6, 2026
New York, New York

Ronnie Abrams
United States District Judge