UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUTHERN REALTY TRUST HOLDINGS LLC, and SUNRISE REALTY TRUST HOLDINGS I LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERTO CASTRO CONTRERAS,<br><br>Defendant. | 26-CV-4240 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

For the reasons stated at the conference last week, Defendant's request to extend the fact discovery deadline is granted. By separate order, this case is referred to Magistrate Judge Willis to determine whether expert discovery and additional depositions are warranted at this stage.

SO ORDERED.

Dated: November 25, 2026
New York, New York

Ronnie Abrams
United States District Judge